## KATHLEEN A. LEAVITT
**CHAPTER 13 BANKRUPTCY TRUSTEE**
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA
302 East Carson Avenue • Suite 300 • Las Vegas, Nevada 89101
Telephone: (702) 853-0700 • Facsimile: (702) 386-1794


RECEIVED AND FILED
SEP 30  12 28 PM '05
UNITED STATES
BANKRUPTCY COURT
PATRICIA GRAY
CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE: ARTHUR BRECHT III LESHER

RE: BK-S 01-20460-LBR
Chapter 13

**NOTICE OF UNCLAIMED FUNDS**

To:     Clerk, United States Bankruptcy Court

From:   Kathleen A. McDonald, Chapter 13 Standing Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| Claim | Claimant & Address | CAS 106000 | CAS 613300 |
|---|---|---|---|
| CLM #11 | GERALD A PHILLIPS, ESQUIRE<br>527 LANDER ST<br>RENO, NV 89509 | | $1893.02 |
| | | | $1893.02 |

Date: 9/30/05

*Kathleen A. Leavitt, Trustee* (04)

Kathleen A. Leavitt
Chapter 13 Standing Trustee

NOTE: Claims that are $25.00 or less go into CAS 106000. Claims that are more than $25.00 go into CAS 613300. The amounts that are to be deposited into the registry can be written on one check.

#175628          $1893.02